USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ZABION BRYANT,

Defendant.

26 Cr. 523 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial conference in this matter is scheduled for **3:30 p.m.** on **November 16, 2026,** in **Courtroom 15D** of the United States Courthouse at 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: November 9, 2026
New York, New York

ANALISA TORRES
United States District Judge