**U.S. Depa**

*United Sta*
*Southern I*

*The Jacob K. Ja*
*26 Federal Plaz*
*New York, New*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/17/2026

November 16, 2026

**BY ECF**
The Honorable Analisa Torres
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Zabion Bryant,* 26 Cr. 523 (AT)**

Dear Judge Torres:

The Government writes respectfully to request that the Court exclude time under the Speedy Trial Act between November 16, 2026 and the next conference scheduled in this matter on November 23, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A). On November 10, 2026, the defendant was arraigned on this Indictment before Magistrate Judge Willis, who excluded Speedy Trial time until the initial pretrial conference then scheduled for November 16, 2026. At the request of defense counsel, the Court then rescheduled the initial pretrial conference to November 23, 2026. Dkt. 10. The Government respectfully submits that the ends of justice served by excluding time until the date of the next conference outweigh the interest of the public and the defendant in a speedy trial, because that time will permit the defendant to confer with his counsel, and will allow the parties to discuss a potential disposition. The defense consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Rebecca Delfiner
Assistant United States Attorney
Southern District of New York

cc: Zawadi Baharanyi, Esq. (by ECF)

GRANTED. The Court finds that the ends of justice served by excluding time until November 23, 2026 outweigh the interest of the public and the defendant in a speedy trial because that time will permit Defendant to confer with counsel and the parties to discuss a potential disposition. Time is excluded under the Speedy Trial Act *nunc pro tunc* November 16, 2026 until November 23, 2026.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ANALISA TORRES
United States District Judge